■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD BOULERICE, Appellant. [615 NYS2d 1016] —Appeal from a judgment of the County Court of Clinton County (McGill, J.), rendered April 5, 1993, which revoked defendant's probation and imposed a sentence of imprisonment.

We reject defendant's contention that County Court abused its discretion by sentencing defendant to 1 to 3 years in prison upon the revocation of his probation. Defendant had previously pleaded guilty to driving while intoxicated and driving out of the conditions of his license. Defendant admitted violating the conditions of his probation by, *inter alia*, repeatedly consuming alcoholic beverages. While defendant claims that the sentence imposed was solely punitive in nature, the sentencing minutes reveal that County Court took great care to render an appropriate disposition.

Cardona, P. J., Crew III, Casey, Weiss and Peters, JJ., concur. Ordered that the judgment is affirmed.

■ In the Matter of the Claim of WILLIAM KOMISAR, Respondent, v WITCO CORPORATION et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. [615 NYS2d 1016] —Appeal from a decision of the Workers' Compensation Board, filed October 16, 1992, which ruled that claimant sustained an occupational disease.

Claimant worked for the employer, a manufacturer of rubber-coated products, for approximately 30 years mixing latex with other chemicals and materials. Expert medical testimony indicated that claimant's impairment was attributable to his chronic exposure to chemicals at his place of employment. We find that this testimony provides substantial evidence to support the Board's decision that claimant suffered an occupational disease.

Mikoll, J. P., Mercure, Crew III, Weiss and Yesawich Jr., JJ., concur. Ordered that the decision is affirmed, without costs.